AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Urbina, Ricardo M. | USDC – District of Columbia | OCT 2, 2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Retired | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ✓ Final<br>5b. ☐ Amended Report | 1/01/12<br>to<br>5/31/12 |

**7. Chambers or Office Address**

5017 13th St NW Washington, DC 20011

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | National Home Library Foundation |
| 2. | Council Member | American University, Washington School of Laws Deans Diversity Council |
| 3. | Council Member | Council For Court Excellence |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | District of Columbia Superior Court Retirement Fund |
| 2. | | |
| 3. | | |

RECEIVED
2012 OCT 2 A 9:40
FINANCIAL
DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | Oct 2, 2012 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions.)

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | JAN – MAY 31, 2012 | Adjunct Professor at a Law School Spring Semester. (see Section VIII) | #9394 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, complete this section.
(Dollar amount not required except for honoraria.)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | JAN – MAY 31, 2012 | Income Pension (See Section VIII) |
| 2. | JAN – Dec | Part Time Image Consultant, Self Employed (See Section VIII) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)

☑ NONE (No reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | Oct. 2, 2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | Oct 2, 2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Presidential Bank Checking FSB Plus | A | Interest | J | T | | | | | |
| 2. Presidential Bank Savings | A | Interest | K | T | | | | | |
| 3. D.C. Govt. Federal Credit Union | A | Interest | J | T | | | | | |
| 4. Pentagon Federal Saving Acct. | A | Interest | J | T | | | | | |
| 5. Pentagon Federal IRA Acct. | A | Interest | J | T | | | | | |
| 6. Cardinal Bank Savings | A | Interest | L | T | | | | | |
| 7. Justice Federal Credit Union | A | Interest | K | T | | | | | |
| 8. Rental Property 1, 9. Ocean City, MD | C | Rent | M | W | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | Oct 2, 2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A — Income
Name of law School —

Part III B — Spouses' Income
#1 — Pension, ~~_____~~ retired 2006
#2 — Currently self Employed

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | Oct 2, 2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544